# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEFFREY R. SCHELL  
P.O. BOX 375  
KIRKLAND, IL  60146  

SSN-xxx-xx-5363

Case Number: 06-71456

Case filed on: 8/16/2006  
Plan Confirmed on: 4/20/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $13,950.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 008 | DEENA SCHELL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JEFFREY R. SCHELL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 1,741.30 | 1,741.30 | 0.00 | 0.00 |
| 002 | FIFTH THIRD BANK | 35,295.95 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS COMMUNITY CREDIT UNION | 21,226.52 | 21,226.52 | 8,704.31 | 1,827.89 |
|  | Total Secured | 58,263.77 | 22,967.82 | 8,704.31 | 1,827.89 |
| 004 | CABELAS VISA CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | DEENA SCHELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 2,337.08 | 2,337.08 | 0.00 | 0.00 |
| 007 | UNITED CONSUMER FINANCIAL SERVICES | 721.62 | 721.62 | 0.00 | 0.00 |
|  | Total Unsecured | 3,058.70 | 3,058.70 | 0.00 | 0.00 |
|  | Grand Total: | 63,822.47 | 28,526.52 | 11,204.31 | 1,827.89 |

Total Paid Claimant: $13,032.20  
Trustee Allowance: $917.80  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009           By  /s/Heather M. Fagan